# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| JOHN PATRICK UNIVERSITY OF HEALTH AND APPLIED SCIENCE, INC. <br><br> *Plaintiff* <br><br> vs. <br><br> CHARLES BURNS, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE NEW YORK STATE DEPARTMENT OF HEALTH, BUREAU OF ENVIRONMENTAL RADIATION PROTECTION, RADIOACTIVE MATERIALS SECTION; TREVOR THAYER IN HIS OFFICIAL CAPACITY AS HEAD OF THE NEW YORK STATE DEPARTMENT OF HEALTH, RADIATION EQUIPMENT AND RADIOLOGIC TECHNOLOGY SECTION; RYAN DEOLDE, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE NEW YORK STATE DEPARTMENT OF HEALTH ADMINISTRATIVE, MANAGEMENT SERVICES GROUP WITHIN THE OFFICE OF PRIMARY CARE AND HEALTH SYSTEMS MANAGEMENT; MEI ZHOU, IN HER OFFICIAL CAPACITY AS PROFESSIONAL EDUCATION DIRECTOR IN THE OFFICE OF THE PROFESSIONS OF THE NEW YORK STATE EDUCATION DEPARTMENT <br><br> *Defendants* | CIVIL ACTION NO. _____ <br><br> MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

## PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

Plaintiff John Patrick University, Inc. ("JPU" or "Plaintiff" or the "University) and hereby requests (1) entry of an *ex parte* temporary restraining order, including an injunction against Defendants in their official capacities, and anyone working with them or on their behalf, from 1) refusing to accept training certifications from JPU, 2) from prohibiting JPU students from doing their clinical rotations in New York health care facilities, 3) from barring JPU from placing clinical students in the state, 3) and from barring JPU students from becoming licensed Radiology Technicians in New York on the basis that JPU is not JRCERT accredited. Plaintiff seeks this extraordinary relief to safeguard its students, the future of its Radiologic Technology program, the future of the institution itself, and to prevent further ongoing violations of Plaintiff's constitutional rights.

Additionally, Plaintiff requests the Court waive the requirement to post an injunction bond in this instance. The Seventh Circuit has instructed that district courts may "waive the requirement of an injunction bond" if they are "satisfied that there's no danger that the opposing party will incur any damages from the injunction." *Habitat Educ. Ctr. v. U.S. Forest Serv.*, 607 F.3d 453, 458 (7th Cir. 2010); *see also Wayne Chem., Inc. v. Columbus Agency Serv. Corp.*, 567 F.2d 692, 701 (7th Cir. 1977) (recognizing that "[u]nder appropriate circumstances bond may be excused, notwithstanding the literal language of Rule 65(c)").

Here, a preliminary injunction here will not expose the Defendants to damages or risk of economic harm and because the denial or acceptance of licensing applications does

not pose an economic harm and thus, "[t]here is no reason to require a bond" in this case. *Habitat Educ. Ctr.*, 607 F.3d at 458; *see also Allen v. Bartholomew Cnty. Ct. Servs. Dep't*, 185 F. Supp. 3d 1075, 1087 (S.D. Ind. 2016).

In support of this motion, a Memorandum of Law in Support and incorporated declarations of the Plaintiff and are filed concurrently with this Motion, with attached exhibits, along with a Rule 65(b) certification.

Respectfully submitted,

*/s/ Carlos A. Ortiz*
Carlos A. Ortiz, Esq. (IL Bar No. #6293505)
**Thompson Coburn LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
P: 312 580-2238
F: 312 580 2201
cortiz@thompsoncoburn.com

and

Ollie A. "Tres" Cleveland, III
(P*ro Hac Vice Motion forthcoming*)
Anna S. Knouse
(P*ro Hac Vice Motion forthcoming*)
**Thompson Coburn LLP**
2311 Highland Avenue South, Suite 330
Birmingham, AL 35205
P: 205 769-4303
tcleveland@thompsoncoburn.com
aknouse@thompsoncoburn.com

**CERTIFICATE OF SERVICE**

I certify that on this the 23rd day of June, I electronically transmitted the foregoing document to via CM/ECF and to the following individuals via email:

Charles Burns
charles.burns@health.ny.gov

Ryan DeOlde
Ryan.deolde@nysed.gov

Trevor Thayer
trevor.thayer@health.ny.gov

Mei Zhou
mei.zhou@ysed.gov

                                                    */s/ Carlos A. Ortiz*