# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | |
|---|---|
| JOHN PATRICK UNIVERSITY OF HEALTH AND APPLIED SCIENCE, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> CHARLES BURNS, et al., <br><br> *Defendants.* | No. 3:25-cv-539-DRL-SJF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Patrick University of Health and Applied Science, Inc. gives notice of its voluntary dismissal of this action **without prejudice** having resolved the matter favorably through a settlement with all Defendants.

Date:  June 30, 2025

Respectfully submitted,

*/s/ Carlos A. Ortiz*
Carlos A. Ortiz, Esq. (IL Bar No. 6293505)
**Thompson Coburn LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
P: (312) 580-2238
F: (312) 580-2201
E: cortiz@thompsoncoburn.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I certify that on this the 30th day of June, I electronically transmitted the foregoing document via CM/ECF and to the following individuals via electronic mail:

Jennifer Corcoran  
William Scott  
Office of the New York State Attorney General  
Albany, New York 12224  
Phone: (518) 776-2581  
Fax:    (518) 915-7740  
Email: jennifer.corcoran@ag.ny.gov  
        william.scott@ag.ny.gov

*Counsel for all Defendants*

                                                                               */s/ Carlos A. Ortiz*